IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANCISZEK PIASEK,

    Plaintiff,

vs.

SOUTHFIELD POLICE OFFICERS
DAVID SCHUTZ and OLEH KINAL,

    Defendants.
_____/

Case No. 2:05CV73670
HON. GEORGE CARAM STEEH
Magistrate Judge Virginia M. Morgan

| | |
|---|---|
| **KENNETH D. FINEGOOD, P.L.C.**<br>**KENNETH D. FINEGOOD (P36170)**<br>29566 Northwestern Hwy., Suite 120<br>Southfield, MI 48034<br>(248) 351-0608<br>Attorney for **Plaintiff** | **CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.**<br>By: **T. JOSEPH SEWARD (P35095)**<br>33900 Schoolcraft<br>Livonia, MI 48150<br>(734) 261-2400<br>Attorneys for **Defendants** |

_____/

## ORDER WITHDRAWING DEFENDANTS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND FOR COSTS

This matter having come before the Court upon the stipulation of the parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED, that Defendants' Motion to Compel Answers to Interrogatories and for Costs filed on March 13, 2006, shall be withdrawn for the reason Plaintiff has provided answers to the subject interrogatories.

April 6, 2006

     s/Virginia M. Morgan
    UNITED STATES MAGISTRATE JUDGE